## THE MURMUGAO.

### DE SIMONE v. TRANSPORTES MARITIMOS DO ESTADO.

(Circuit Court of Appeals, Second Circuit. January 25, 1922.)

Appeals from the District Court of the United States for the Southern District of New York.

Separate libels in admiralty by Thomas De Simone against the steamship Murmugao, of which the Transportes Maritimos do Estado was claimant, and against the Transportes Maritimos do Estado. Decrees for libelant, and claimant appeals. Appeals dismissed.

Certiorari granted 258 U. S. ——, 42 Sup. Ct. 272, 66 L. Ed. ——

F. Dudley Kohler, of New York City, for appellant.
Celler & Kraushaar, of New York City, for appellee.

Before ROGERS and MAYER, Circuit Judges.

MAYER, Circuit Judge. Motions to dismiss the appeals are granted, for the reasons stated in the Sao Vicente and other cases against the same appellant filed herewith. 281 Fed. 111.